CIVIL ACTION NO. 3:21-CV-318

| | | |
|---|---|---|
| AMBER BLACKBURN, JMARCUS TREVON LEWIS, KHANIYABRIZAE HANCHEY AND KYLE WILLIAMS | § § § § | IN THE U. S. DISTRICT COURT |
| v. | § § § | SOUTHERN DISTRICT OF TEXAS |
| AWB TRNASPORT, INC. AND KHAWAR AYUB | § § § | GALVESTON DIVISION |

## RULE 11 SETTLEMENT AGREEMENT

For and in consideration of the settlement, release and dismissal of any and all claims, with prejudice, Plaintiffs Amber Blackburn, Jmarcus Lewis, Khaniya Hanchey and Kyle Williams will accept, and Defendants will pay, the sum of NINE HUNDRED FIFTY THOUSAND DOLLARS and No/100 ($950,000) to be allocated amongst the four named Plaintiffs as directed by Plaintiff's counsel and communicated in writing to Defendant's counsel on or before March 8, 2023.

Plaintiffs further agree to defend and indemnify the Defendants and Defendant's insurers against any and all claims and lawsuits brought by, through or under Plaintiff's arising from the subject occurrence in question or litigation arising therefrom.

Counsel will furnish all necessary settlement documents by Friday, March 3, 2023. Defendants will fund settlement within 14 days of receipt of executed Releases, CMS forms for all Plaintiff's, and a signed W9 from Plaintiffs counsel's law firm on or before March 8, 2023.

**Houston, Texas** this 1st day of March 2023.

**APPROVED AND AGREED:**

_____    _____
Counsel for Plaintiffs             Counsel for Defendants